UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

ROBERTA MAJEWSKI,         )
                          )
       Plaintiff,         )
                          )           CASE NO. 2 08CV0188
vs.                       )
                          )
CITIBANK (SOUTH DAKOTA), N.A.,  )
                          )
       Defendant.         )

## COMPLAINT AND JURY DEMAND

Plaintiff, ROBERTA MAJEWSKI, by counsel, BLACHLY, TABOR, BOZIK & HARTMAN, L.L.C., by Thomas F. Macke, for her Complaint for Declaratory Judgment against Defendants, CITIBANK, states the following:

1. This is an action brought by an individual for Defendant's violations of the Fair Debt Collections Act, 15 U.S.C. §§ 1692 et seq. ("FDCPA") which prohibits debt collectors from engaging in abusive, deceptive and unfair debt collection practices.

2. This court has jurisdiction pursuant to 15 U.S.C. § 1692K(d) and 28 U.S.C. 1331. Venue is proper in this District because defendant's collection demands were received there.

### I. FACTUAL ALLEGATIONS

3. Plaintiff, Roberta Majewski, is a natural person residing at 402 Domke Drive, Valparaiso, Indiana, 46383.

4. Defendant, Citibank (South Dakota), N.A, is, upon information and belief, a South Dakota Corporation with a principal place of business at 701 E. 60th Street, Sioux Falls,

SD 57104-0432. Defendant is involved in the collection of personal debts and regularly attempts to collect alleged personal debts by using the mails and telephone.

    5.      On several occasions in or around June of 2005 fraudulent charges were made to Ms. Majewski's credit card account with Citibank.

    6.      Ms. Majewski formally disputed the charges with Citibank and complied with all requests for information made by Citibank regarding such disputes.

    7.      Citibank has never fully resolved the disputed charges in writing to Ms. Majewski and has failed to fully remove the charges and related interest and fees stemming from such charges.

    8.      Over the six months following the initial dispute of fraudulent charges, and despite her continued cooperation in the dispute process, Citibank made hundreds of phone calls to Ms. Majewski in an attempt to collect the disputed debt.

    9.      On Dec. 5, 2006, Citibank, through counsel, filed a Complaint in the Porter Superior Court sitting at Valparaiso, Indiana with cause number 64D02-0612-CC-11051 seeking a judgment in the amount of $900.11 plus interest from the date of judgment based on the disputed debt. (See attached Exhibit A)

    10.     Despite numerous reassertions of the disputed nature of the debt and requests for a formal resolution of the dispute and recalculation of any amount validly owed by Ms. Majewski on her credit card account, Citibank has never formally resolved the disputed charges.

    11.     On February 27, 2008 Ms. Majewski made a formal discovery request for information on the resolution of the disputed charges.

    12.     On April 24, 2008 after the deadline for discovery had passed, Ms. Majewski sent a letter to counsel for Citibank again requesting responses to her discovery requests.

13. On May 7, 2008, Citibank dismissed its civil case against Ms. Majewski with prejudice. (See attached Exhibit B)

## II. COUNT I

14. Plaintiff realleges and incorporates by reference paragraphs 1 through 13 above.

15. Defendant violated the FDCPA. Defendant's violations include but are not limited to:

(a) Defendant violated 15 U.S.C. § 1692d(5) by repeatedly phoning Ms. Majewski with intent to annoy, abuse, or harass her.

(b) Defendant violated 15 U.S.C. § 1692g(b) by continuing to attempt to collect a debt which had been previously formally disputed without communicating the resolution of the debt dispute to Ms. Majewski.

16. As a direct result of Citibank's violations of the FDCPA, Ms. Majewski is entitled to an award of statutory damages, costs and attorney fees.

**WHEREFORE**, Plaintiff, Roberta Majewski, by counsel, Thomas F. Macke of Blachly, Tabor, Bozik & Hartman, LLC, respectfully prays that judgment be entered in her favor in the amount of (a) statutory damages pursuant to 15 U.S.C. § 1692k in an amount to be determined at the time of trial; costs and reasonable attorney fees pursuant to 15 U.S.C. § 1692k; and any and all other relief as may be just and proper.

## REQUEST FOR TRIAL BY JURY

Plaintiff, by counsel, respectfully requests that this cause be tried by a jury.

Respectfully submitted,
Blachly, Tabor, Bozik & Hartman
Attorneys for Plaintiff

BY: _____
Thomas F. Macke (Atty #18262-64)
56 S. Washington St., Suite 401
Valparaiso, IN   46383
Tel: 219-464-1041

| | | |
|---|---|---|
| STATE OF INDIANA ) | | IN THE PORTER COUNTY SUPERIOR COURT |
| ) SS: | | CAUSE NO. 64D02-0612-CC-11051 |
| PORTER COUNTY, INDIANA | | |

Citibank (South Dakota), N.A. )
7920 N.W. 110Th St. )
Kansas City, MO 64153- )
    Plaintiff )
vs. )
    )
Roberta Majewski )
402 Domke Dr. )
Valparaiso, IN 46383-7819 )
    )
    Defendant )

FILED
IN OPEN COURT

DEC 05 2006

*Dale Brewer*
CLERK PORTER CIRCUIT & SUPERIOR COURT

## COMPLAINT

1. There is due the Plaintiff from the Defendant upon an account, the sum of $900.11.

2. A copy of the said Account is attached hereto as "Exhibit A".

3. Although due demand has been made, Defendant has failed to liquidate the balance due and owing.

WHEREFORE, the Plaintiff prays for a Judgment against the Defendant in the amount of $900.11 with interest at the rate of 8% per annum from date of judgment, and costs of the within action.

                                  ----------------------------------
                                  Christopher Cassidy, IN22837-32
                                  Attorney for Plaintiff
                                  Javitch, Block & Rathbone LLP
                                  303 N. Alabama Street
                                  Indianapolis, IN 46204-
                                  (317) 684-7160
ISTSTR7                           IND C55092 RLN
                                  IND@JBANDR.COM
                                  FAX (317) 684-7162

EXHIBIT A

# AT&T Universal Platinum Card
*Charter Member*

C55092

AT&T Universal Card

Page 1 of 3

ROBERTA MAJEWSKI
Account 5███████████
Calling Card + PIN
August 15 - September 14, 2006

**How To Reach Us**
Visit: www.universalcard.com
Customer Service: 1-800-423-4343 or write
Cardmember Services, PO Box 44167
Jacksonville, FL 32231-4167

## Quick Reference

| | |
|---|---|
| Minimum Payment Due | $900.11 |
| Due Date* | October 9, 2006 |

*Payment must be received by 5:00 pm local time on the payment due date.

| | |
|---|---|
| Amount Past Due | $404.10 |
| Credit Line | $15,100.00 |
| Available Credit | $0.00 |
| Cash Advance Limit | $9,000.00 |
| Available Cash Advance Limit | $0.00 |

Help is available! Please call the toll-free number shown above to learn about our special payment options. Please give us the opportunity to assist you.

## Account Summary

| | |
|---|---|
| Previous Balance | 900.11 |
| Payments and Adjustments | 0.00 |
| MasterCard® Activity | 0.00 |
| Total AT&T Services | 0.00 |
| **New Balance** | **$900.11** |

Note: Detailed activity starts on page 3.

---

date paid    amount paid    check #

Please follow payment instructions outlined in the "Important Instructions for Making Payments" section of the statement.

Your Account Number

Please Enter Amount of Payment Enclosed

| Payment Due Date | Your Total Balance | Minimum Amount Due | $ |
|---|---|---|---|
| OCT 09 2006 | $900.11 | $900.11 | |

68N MC 54 A 1 AR7051462

ROBERTA MAJEWSKI
ATTNY ACCOUNT-CODE=LY07
VALPARAISO IN  46383-7819

AT&T UNIVERSAL CARD
PO BOX 688909
DES MOINES, IA 50368-8909

EXHIBIT A

C55092

| STATE OF INDIANA | ) | PORTER SUPERIOR COURT |
| --- | --- | --- |
| | )SS: | |
| COUNTY OF PORTER | ) | CAUSE NO. 64D02-0612-CC-11051 |

CITIBANK (SOUTH DAKOTA), N.A.,   )
   Plaintiff,   )
                                 )
vs.   )
                                 )
ROBERTA MAJEWSKI,   )
   Defendant.   )

**FILED**
**IN OPEN COURT**

MAY 0 7 2008

*William T. Alexa*
**JUDGE PORTER SUPERIOR COURT**

## JOINT STIPULATION TO DISMISS ALL CLAIMS WITH PREJUDICE

Comes now Plaintiff, by and through counsel, and Defendant, by and through counsel, and hereby move the court to dismiss all claims with prejudice and for all other relief just and proper in the premises.

JAVITCH BLOCK & RATHBONE

By: _____
Christopher L. Cassidy #22837-32
303 N. Alabama St., Suite 210
Indianapolis, IN 46204
317-684-7160

By: _____
Thomas F. Macke
Attorney at Law
56 S. Washington St.
Valparaiso, IN 46383

EXHIBIT B

C55092

| STATE OF INDIANA | ) | PORTER SUPERIOR COURT |
| --- | --- | --- |
| | )SS: | |
| COUNTY OF PORTER | ) | CAUSE NO. 64D02-0612-CC-11051 |

CITIBANK (SOUTH DAKOTA), N.A.. )
   Plaintiff, )
  )
vs. )
  )
ROBERTA MAJEWSKI, )
   Defendant. )

**FILED**
**IN OPEN COURT**

**MAY 0 7 2008**

*[signature]*
**JUDGE PORTER SUPERIOR COURT**

## ORDER DISMISSING ALL CLAIMS WITH PREJUDICE

The Court being duly advised in the premises now orders this cause and all claims dismissed with prejudice.

So ordered that this matter is dismissed with prejudice this ____7th____ day of ____May____, 2008.

*[signature]*

JUDGE, PORTER SUPERIOR COURT

Distribution:

Christopher L. Cassidy #22837-32
303 N. Alabama St., Suite 210
Indianapolis, IN 46204
317-684-7160

Thomas F. Macke
Attorney at Law
56 S. Washington St.
Valparaiso, IN 46383